## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JUDY JOHNSON                                                          PLAINTIFF


V.                              NO. 3:10CV00321 JTR


MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                              DEFENDANT


## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in

favor of Defendant, dismissing this case, with prejudice.

DATED this 1st day of May, 2012.


_____
UNITED STATES MAGISTRATE JUDGE